| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter ___11___ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | AOG Trucking, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-3965808 |

| | | | |
| --- | --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 11766 County Road 252 Mc Alpin, FL 32062 Number, Street, City, State & ZIP Code | P.O. Box 630 Branford, FL 32008 P.O. Box, Number, Street, City, State & ZIP Code |
| | | Suwannee County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | aogtrucking.com |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  AOG Trucking, Inc.                                    Case number (*if known*)
        Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District  When  Case number
District  When  Case number

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor  Relationship
District  When  Case number, if known

Debtor    AOG Trucking, Inc.                                              Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   AOG Trucking, Inc.                                    Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2024
            MM / DD / YYYY

**X** /s/   R. Brian Butler                     R. Brian Butler
Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Thomas Adam                  Date   July 17, 2024
Signature of attorney for debtor                      MM / DD / YYYY

Thomas Adam
Printed name

Adam Law Group, PA
Firm name

2258 Riverside Ave
Jacksonville, FL 32204
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   tadam@adamlawgroup.com

FL
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | AOG Trucking, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARi Legacy Sleepers P.O. Box 246 Shipshewana, IN 46565 | | | | | | $1,600.00 |
| Blue Beacon International Inc. P.O. Box 856 Salina Salina, KS 67402 | | Truck/Trailer washing | | | | $1,052.37 |
| Blue Vine Inc. 401 Warren Street Ste. 300 Redwood City, CA 94063 | | Repairs & Service | | | | $68,914.14 |
| BMO Harris Bank P.O. Box 71951 Chicago, IL 60694 | | 2023 Kenworth T880 Vin No: 122264 | | $306,927.30 | $215,000.00 | $91,927.30 |
| BMO Harris Bank P.O. Box 71951 Chicago, IL 60694 | | 2020 Kenworth T880Vin No: 343111 | | $253,687.72 | $198,000.00 | $55,687.72 |
| BMO Harris Bank P.O. Box 71951 Chicago, IL 60694 | | 2023 Reitnouer Trailer Vin No: 058926 | | $82,941.57 | $61,900.00 | $21,041.57 |
| BMO Harris Bank P.O. Box 71951 Chicago, IL 60694 | | 2023 Kaufman RGN Trailer Vin No: 367172 | | $69,951.58 | $59,000.00 | $10,951.58 |
| Capital One Spark Buisness Vista P.O. Box 60519 City of Industry City of Industry, CA 91716 | | Operating Expenses, repairs, office supplies, travel etc. | | | | $11,662.83 |
| Chase Ink Business Preferred Visa P.O. Box 1423 Charlotte, NC 28201 | | Operating expenses, repairs, office supplies, travel etc. | | | | $38,801.54 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | AOG Trucking, Inc. | | | | Case number (if known) | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Ink Business Premier Visa P.O. Box 1423 Charlotte, NC 28201 | | Operating expenses, repairs, office supplies, travel | | | | $10,928.43 |
| Daryl & Kathy Hooper 11766County Road 252 Mc Alpin, FL 32062 | | | | | | $58,034.56 |
| FleetOne Holding LLC P.O. Box 630038 Cincinnati, OH 45263 | | Fuel Card | | | | $2,455.97 |
| Fleetpride P.O. Box 281811 Atlanta, GA 30384 | | | | | | $798.60 |
| Funding Circle P.O. Box 206536 Dallas, TX 75320 | | Purchase of equipment and tools | | | | $61,594.65 |
| Interstate Billing Service Inc. P.O. Box 2208 Decatur, AL 35609 | | Service & Repairs | | | | $640.09 |
| ITC Acceptance Co. 9704 E. 30th Street Indianapolis, IN 46229 | | | | $121,936.59 | $0.00 | $121,936.59 |
| U.S. Small Business Administration 14925 Kingsport Rd. Fort Worth, TX 76155 | | | | $265,900.00 | $0.00 | $265,900.00 |
| Wells Fargo Bank P.O. Box 3071 Cedar Rapids, IA 52406 | | 2023 Kenworth T880 Vin No: 12265 | | $252,209.23 | $250,000.00 | $2,209.23 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Thomas Adam
2258 Riverside Ave
Jacksonville, FL 32204


ARi Legacy Sleepers
P.O. Box 246
Shipshewana, IN 46565


Bennett Motor Express LLC
1001 Industrial Parkway
McDonough, GA 30253


Blue Beacon International Inc.
P.O. Box 856 Salina
Salina, KS 67402


Blue Vine Inc.
401 Warren Street Ste. 300
Redwood City, CA 94063


BMO Harris Bank
P.O. Box 71951
Chicago, IL 60694


Capital One Spark Buisness Vista
P.O. Box 60519 City of Industry
City of Industry, CA 91716


Chase Ink Business Preferred Visa
P.O. Box 1423
Charlotte, NC 28201


Chase Ink Business Premier Visa
P.O. Box 1423
Charlotte, NC 28201


Daryl & Kathy Hooper
11766County Road 252
Mc Alpin, FL 32062


First Federal Bank
1102 Ohio Ave N.
Live Oak, FL 32064


FleetOne Holding LLC
P.O. Box 630038
Cincinnati, OH 45263


Fleetpride
P.O. Box 281811
Atlanta, GA 30384


Funding Circle
P.O. Box 206536
Dallas, TX 75320

Interstate Billing Service Inc.
P.O. Box 2208
Decatur, AL 35609


ITC Acceptance Co.
9704 E. 30th Street
Indianapolis, IN 46229


Robert E. Cummins Jr.
11766 County Road 252
Mc Alpin, FL 32062


Southern Aviation Transport Inc.
507 E. Fort King Street
Ocala, FL 34471


U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Wells Fargo Bank
P.O. Box 3071
Cedar Rapids, IA 52406