UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                CASE NO. 3:24-bk-02050-BAJ
                                                                      Chapter 11

AOG TRUCKING, INC.,

      Debtor.

_____

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Aaron R. Cohen, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $3,438.54. A plan was confirmed on February 11, 2025. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on February 3, 2025 and February 14, 2025, the Court ordered compensation of $2,711.52 and $727.02 respectively be awarded to the trustee. These funds were paid from funds received from the debtor and held in trust on February 7, 2025 and February 19, 2025. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

      Date: November 3, 2025.

                                          /s/ Aaron R. Cohen

                                   _____
                                   Aaron R. Cohen
                                   P.O. Box 4218
                                   Jacksonville, Florida 32201
                                   Tel: 904-389-7277
                                   FL Bar #558230
                                   aaron@arcohenlaw.com
                                   Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.